Chapter 13 Plan Form, Revised 10/24/2005

# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

CASE NO. ____

Debtor __John Osker Ingrum__ SS# __xxx-xx-4550__ Current Monthly Income $ __8,333.00__
Joint Debtor _____ SS# _____ Current Monthly Income $ __2,000.00__
Address __160 Moody Road Forest, MS 39074-0000__ No. of Dependents __2__
Telephone No. _____ TAX REFUNDS AND EIC FOR DISTRIBUTION: _____

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured / priority debts must be provided for in this plan.**

## PAYMENT AND LENGTH OF PLAN
The plan period shall be for a period of __60__ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.

(A) Debtor shall pay $ __6,141.00__ per (**monthly** / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

> Loving Acres Farm
> 160 Moody Road
> Forest, MS 39074

(B) Joint Debtor shall pay $____ per (**monthly** / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer @:

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $ __0.00__ @ $ __0.00__ /mo State Tax Commission $ __0.00__ @ $ __0.00__ /mo Other $ __0.00__ @ $ __0.00__ /mo

## DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:
__-NONE-__
beginning in the amount of $ per month shall be paid:
_____ direct _____ through payroll deduction _____ through the plan.

## PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:
__-NONE-__
in the amount of $ shall be paid $ per month:
_____ through payroll deduction _____ through the plan.

## HOME MORTGAGE(S)
MTG PMTS TO: __-NONE-__ BEGINNING _____ @$ _____ PLAN DIRECT
MTG ARREARS TO: __-NONE-__ THROUGH _____ $ _____ @$ _____ /MO*
(*Including interest at %)

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1326(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Total Amt. To Be Paid | Monthly Payment |
|---|---|---|---|---|---|---|
| Commty Bk Ms | | 154,727.32 | 0.00 | 7.00 % | 183,816.00 | 3064.00 |
| Commty Bk Ms | | 55,069.00 | 0.00 | 7.00 % | 65,422.00 | 1090.00 |

Debtor's Initials __JI__ Joint Debtor's Initials ____ CHAPTER 13 PLAN, PAGE 1 OF 2
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com Best Case Bankruptcy

**SPECIAL CLAIMANTS.** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditor's Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| -NONE- | | | |

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: -NONE-

**UNSECURED DEBTS** totaling approximately $ 79,640.48 are to be paid in deferred payments to creditors that have filed claims that are not disallowed: ___ IN FULL or 100 % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ 2,800.00
Attorney Fees Previously Paid $ 400.00
Attorney fees to be paid through the plan
$ 2400.00

Pay administrative costs and debtor's attorney fees Pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent

Attorney for Debtor (Name/Address/Phone # / Email)
**Tylvester Goss**
1441 Lakeover Road
Jackson, MS 39213

Telephone/Fax

Telephone/Fax 601-981-2800/601-981-7979
E-mail Address

DATE: June 8, 2010

DEBTOR'S SIGNATURE
JOINT DEBTOR'S SIGNATURE
ATTORNEY'S SIGNATURE