SUN-19209 0538-3 pdf012 10-02015
Southern District of Mississippi
U.S. Bankruptcy Court
100 East Capitol St.
P.O. Box 2448
Jackson, MS 39225-2448

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 03 2011
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

FIRST-CLASS MAIL

021415 21415 1 AT 0.354 39074 8 5 6724-0-22050
Loving Acres Farm
160 Moody Road
Forest, MS 39074-8551

NIXIE        392  DE 1         00  04/29/11
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 39225244948      *1966-04446-29-37